# Exhibit E





# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1993 by Merriam-Webster, Incorporated

Philippines Copyright 1993 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
     p.    cm.
  Includes index.
  ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
— ISBN 0-87779-710-2 (deluxe)
  1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36    1993
423—dc20
                                      93-20206
                                          CIP

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

3456RMcN93

fa-cil-i-ta-tion \fə-,si-lə-'tā-shən\ n (1619) 1 : the act of facilitating : the state of being facilitated 2 a : the lowering of the threshold for reflex conduction along a particular neural pathway esp. from repeated use of that pathway  b : the increasing of the ease or intensity of a response by repeated stimulation

fa-cil-i-ta-to-ry \fə-'si-lə-tə-,tōr-ē, -,tōr-\ adj (1944) : inducing or involved in facilitation esp. of a reflex action

fa-cil-i-ty \fə-'si-lə-tē\ n, pl -ties (1531) 1 : the quality of being easily performed 2 : ease in performance : APTITUDE 3 : readiness of compliance 4 a (1) : something that makes an action, operation, or course of conduct easier — usu. used in pl. ⟨facilities for study⟩ (2) : LAVATORY 2 — often used in pl.  b : something (as a hospital) that is built, installed, or established to serve a particular purpose

fac-ing \'fā-siŋ\ n (1566) 1 a : a lining at the edge esp. of a garment  b pl : the collar, cuffs, and trimmings of a uniform coat  2 : an ornamental or protective layer  3 : material for facing

fac-sim-i-le \fak-'si-mə-lē\ n [L fac simile make similar] (1691) 1 : an exact copy  2 : a system of transmitting and reproducing graphic matter (as printing or still pictures) by means of signals sent over telephone lines  syn see REPRODUCTION

fact \'fakt\ n [L factum, fr. neut. of factus, pp. of facere] (15c) 1 : a thing done: as  a obs : FEAT  b : CRIME (accessory after the ~)  c archaic : ACTION  2 archaic : PERFORMANCE, DOING  3 : the quality of being actual : ACTUALITY ⟨a question of ~ hinges on evidence⟩  4 a : something that has actual existence ⟨space exploration is now a ~⟩  b : an actual occurrence (prove the ~ of damage)  5 : a piece of information presented as having objective reality — in fact : in truth

fact finder n (1926) : one that tries to determine the realities of a case, situation, or relationship; esp : an impartial examiner designated by a government agency to appraise the facts underlying a particular matter (as a labor dispute) — fact-find-ing n or adj

fac-tic-i-ty \fak-'ti-sə-tē\ n [F or G; F facticité, fr. G Faktizität, fr. Factum fact, fr. L factum] (1945) : the quality or state of being a fact

fac-tion \'fak-shən\ n [MF & L; MF, fr. L faction-, factio act of making, faction — more at FASHION] (1509) 1 : a party or group (as within a government) that is often contentious or self-seeking : CLIQUE  2 : party spirit esp. when marked by dissension — fac-tion-al \-shnəl, -shə-n²l\ adj — fac-tion-al-ism \-shnə-,li-zəm, -shə-n²l-,iz-\ n — faction-al-ly \-ē\ adv

-fac-tion \'fak-shən\ n comb form [ME -faccioun, fr. MF & L; MF -faction, fr. L -faction-, -factio (as in satisfaction-, satisfactio satisfaction)] : making : -FICATION ⟨petrifaction⟩

fac-tious \'fak-shəs\ adj [MF or L; MF factieux, fr. L factiosus, fr. factio] (1532) : of or relating to faction: as  a : caused by faction (~ disputes)  b : inclined to faction or the formation of factions  e : SEDITIOUS — fac-tious-ly adv — fac-tious-ness n

fac-ti-tious \fak-'ti-shəs\ adj [L facticius, fr. factus, pp. of facere to make, do — more at DO] (1646) 1 : produced by humans rather than by natural forces  2 : formed by or adapted to an artificial or conventional standard  b : produced by special effort : SHAM ⟨created a ~ demand by spreading rumors of shortage⟩ — fac-ti-tious-ly adv — fac-ti-tious-ness n

fac-ti-tive \'fak-tə-tiv\ adj [prob. fr. L factitare to do habitually, freq. of facere] (1846) : of, relating to, or being a transitive verb that in some constructions requires an objective complement as well as an object — fac-ti-tive-ly adv

-fac-tive \'fak-tiv\ adj comb form [MF -factif, fr. -faction] : making : causing ⟨putrefactive⟩

fact of life (1854) 1 : something that exists and must be taken into consideration  2 pl : the fundamental physiological processes and behavior involved in sex and reproduction

fac-toid \'fak-,rȯid\ n (1973) 1 : an invented fact believed to be true because of its appearance in print  2 : a brief and usu. trivial news item

³fac-tor \'fak-tər\ n [ME, fr. MF facteur, fr. L factor doer, fr. facere] (15c) 1 : one who acts or transacts business for another: as  a : BROKER 1b  b : one that lends money to producers and dealers (as on the security of accounts receivable)  2 a (1) : one that actively contributes to the production of a result : INGREDIENT (price wasn't a ~ in the decision)  (2) : a substance that functions in or promotes the function of a particular physiological process or bodily system  b : a good or service used in the process of production  3 GENE 4 a : any of the numbers or symbols in mathematics that when multiplied together form a product; also : a number or symbol that divides another number or symbol  b : a quantity by which a given quantity is multiplied or divided in order to indicate a difference in measurement ⟨costs increased by a ~ of 10⟩ — fac-tor-ship \-,ship\ n

²factor vb fac-tored; fac-tor-ing \-t(ə-)riŋ\ vt (1621) 1 : to work as a factor ~ vt 1 : to resolve into factors  2 a : to include or admit as a factor — used with in or into (~ inflation into our calculations)  b : to exclude as a factor — used with out — fac-tor-able \-t(ə-)rə-bəl\ adj

fac-tor-age \-t(ə-)rij\ n (1613) 1 : the charges made by a factor for services  2 : the business of a factor

factor analysis n (1931) : the analytical process of transforming statistical data (as measurements) into linear combinations of usu. independent variables — factor analytic adj

factor VIII \-'āt\ n (1954) : a glycoprotein of blood plasma that is essential for blood clotting and is absent or inactive in hemophilia — called also antihemophilic factor

factor group n (1897)?: QUOTIENT GROUP

³fac-to-ri-al \fak-'tōr-ē-əl, -'tȯr-\ adj (1837) : of, relating to, or being a factor or a factorial

²factorial n (1869) 1 : the product of all the positive integers from 1 to n — symbol n!  2 : the quantity 0! arbitrarily defined as equal to 1

fac-tor-iza-tion \,fak-tə-rə-'zā-shən\ n (1886) : the operation of resolving a quantity into factors; also : a product obtained by factorization — fac-tor-ize \'fak-tə-,rīz\ vt

fac-to-ry \'fak-t(ə-)rē\ n, pl -ries (1582) 1 : a station where resident factors trade  2 a : a building or set of buildings with facilities for manufacturing  b : the seat of some kind of production ⟨the wise factories of the slums⟩ — fac-to-ry-like \-,līk\ adj

factory ship n (1927) : a ship equipped to process a whale or fish catch at sea

fac-to-tum \fak-'tō-təm\ n [NL, lit., do everything, fr. L fac (imper. of facere do) + totum everything] (1566) 1 : a person having many diverse activities or responsibilities  2 : a general servant

fac-tu-al \'fak-cha-wəl, -chəl, 'faksh-wəl\ adj [fact + -ual (as in actual)] (ca. 1834) 1 : of or relating to facts  2 : restricted to or based on fact — fac-tu-al-i-ty \,fak-chə-'wa-lə-tē\ n — fac-tu-al-ly \'fak-chə-wə-lē, -chə-lē, 'faksh-wə-\ adv — fac-tu-al-ness n

fac-tu-al-ism \'fak-chə-wə-,li-zəm, -chə-,li-, 'faksh-wə-\ n (1936) : adherence or dedication to facts — fac-tu-al-ist \-list\ n

fac-ture \'fak-chər\ n [ME, fr. MF, fr. L factura action of making, fr. factus] (15c) : the manner in which something (as an artistic work) is made : EXECUTION

fac-u-la \'fa-kyə-lə\ n, pl -lae \-,lē, -,lī\ [NL, fr. L, dim. of fac-, fax torch] (1760) : any of the bright regions of the sun's photosphere seen most easily near the sun's edge

fac-ul-ta-tive \'fa-kəl-,tā-tiv\ adj (1820) 1 a : of or relating to the grant of permission, authority, or privilege ⟨~ legislation⟩  b : OPTIONAL  2 : of or relating to a mental faculty  3 : taking place under some conditions but not under others ⟨~ diapause⟩  b : exhibiting an indicated lifestyle under some environmental conditions but not under others ⟨~ anaerobes⟩ — fac-ul-ta-tive-ly adv

fac-ul-ty \'fa-kəl-tē\ n, pl -ties [ME faculte, fr. MF faculté, fr. ML & L; ML facultat-, facultas branch of learning or teaching, fr. L, ability, abundance, fr. facilis facile] (14c) 1 : ABILITY, POWER: as  a : innate or acquired ability to act or do  b : an inherent capability, power, or function (the ~ of hearing)  c : any of the powers of the mind formerly held by psychologists to form a basis for the explanation of all mental phenomena  d : natural aptitude (has a ~ for saying the right things)  2 a : a branch of teaching or learning in an educational institution  b archaic : something in which one is trained or qualified  3 a : the members of a profession  b : the teaching and administrative staff and those members of the administration having academic rank in an educational institution  c faculty pl : faculty members (many ~ were present)  4 : power, authority, or prerogative given or conferred  syn see GIFT

fad \'fad\ n [origin unknown] (1867) : a practice or interest followed for a time with exaggerated zeal : CRAZE  syn see FASHION — fad-dish \'fa-dish\ adj — fad-dish-ness n — fad-dism \'fa-,di-zəm\ n — faddist \'fa-dist\ n — fad-dy \-dē\ adj

FAD \,ef-,ā-'dē\ n (1944) : FLAVIN ADENINE DINUCLEOTIDE

¹fade \'fād\ vb fad-ed; fad-ing [ME, fr. MF fader, fr. fade feeble, insipid, fr. (assumed) VL fatidus, alter. of L fatuus fatuous, insipid] vi (14c) 1 : to lose freshness, strength, or vitality : WITHER  2 : to lose freshness or brilliance of color  3 : to sink away : VANISH  4 : to change gradually in loudness, strength, or visibility — used of a motion-picture image or of an electronics signal and usu. with in or out  5 of an automobile brake : to lose braking power gradually  6 : to move back from the line of scrimmage — used of a quarterback ~ vt : to cause to fade — fad-er n

²fade n (1918) 1 a : FADE-OUT  b : a gradual changing of one picture to another in a motion-picture or television sequence  2 : a fading of an automobile brake  3 : a slight to moderate and usu. intentional slice in golf

³fade \'fād\ adj [ME, fr. MF] (15c) : INSIPID, COMMONPLACE

fade-away \'fā-də-,wā\ n (1909) 1 a : SCREWBALL 1  b : a slide in which a base runner throws his body sideways to avoid the tag  2 : an act or instance of fading away

fade-in \'fā-,din\ n (1917) : a gradual increase in a motion-picture or television image's visibility at the beginning of a sequence

fade-less \'fād-ləs\ adj (1652) : not susceptible to fading

fade-out \'fā-,daủt\ n (1917) : an act or instance of fading out; esp : a gradual decrease in a motion-picture or television image's visibility at the end of a sequence

fa-do \'fä-(,)thü, 'fa-\ n, pl fados [Pg, lit., fate, fr. L fatum] (1902) : a plaintive Portuguese folk song

fae-cal, fae-ces var of FECAL, FECES

fa-e-na \fä-'ā-(,)nä\ n [Sp, lit., task, fr. obs. Catal, fr. L facienda things to be done, fr. facere to do — more at DO] (1927) : a series of final passes leading to the kill made by the matador in a bullfight

fae-rie also fa-ery \'fā-(ə-)rē, 'far-ē, 'fer-ē\ n, pl fae-ries [MF faere — more at FAIRY] (1590) 1 : FAIRYLAND  2 : FAIRY — faery adj

Faer-oese \,far-ə-'wēz, ,fer-, -'wēs\ n, pl Faeroese (1855) 1 : a member of the people inhabiting the Faeroes  2 : the North Germanic language of the Faeroese people — Faeroese adj

Faf-nir \'fäv-nər, 'fäf-, -,nir\ n [ON Fáfnir] : a dragon in Norse mythology that guards the Nibelungs' gold hoard until slain by Sigurd

¹fag \'fag\ vb fagged; fag-ging [obs. fag to droop, perh. fr. fag (fag end)] vi (1772) 1 : to work hard : TOIL  2 : to act as a fag esp. in an English public school ⟨fagging for older boys during his first year⟩ ~ vt : to tire by strenuous activity : EXHAUST  syn see TIRE

²fag n (1780) 1 chiefly Brit : TOIL, DRUDGERY  2 : an English public school boy who acts as servant to an older schoolmate  b : DRUDGE

³fag n [fag end] (ca. 1888) : CIGARETTE

⁴fag n [prob. by shortening] (ca. 1931) : FAGGOT — usu. used disparagingly — fag-gy \'fa-gē\ adj

fag end n [earlier fag, fr. ME fagge flap] (1613) 1 a : a poor or worst out end : REMNANT  b : the extreme end  2 a : the last part of cloth  b : the untwisted end of a rope

fag-got \'fa-gət\ n [origin unknown] (1914) : a male homosexual — usu. used disparagingly — fag-got-ry \-gə-trē\ n — fag-goty \-gə-tē\ adj

fa-gin \'fā-gən\ n, often cap [Fagin, character in Charles Dickens' Oliver Twist (1839)] (1847) : an adult who instructs others (as children) in crime

¹fag-ot or fag-got \'fa-gət\ n [ME fagot, fr. MF] (14c) : BUNDLE: as  a : a bundle of sticks  b : a bundle of pieces of wrought iron to be shaped by rolling or hammering at high temperature

²fagot or faggot vt (ca. 1598) : to make a fagot of : bind together into a bundle ⟨~ed sticks⟩

fag-ot-ing or fag-got-ing n (1885) 1 : an embroidery produced by pulling


fagoting 1

