# EXHIBIT D

PATENT

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.: 5722 |
| Andrews et al. | Examiner: MANOHARAN, MUTHUSWAMY G. |
| Application No.:  15/785,369 | |
| Filed:  10-16-2017 | Art Unit: 2645 |
| For:     SYSTEM FOR LOCATION BASED TRIGGERS FOR MOBILE DEVICES | Atty. Docket No.:        SOZO1P001A |
| | Date:    1/19/2017 |

### RESPONSE

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Examiner:

In response to the Office Action dated 12/26/2017, please enter the following amendments believed to place the application in condition for allowance.

<u>AMENDMENTS TO THE CLAIMS</u>

Amended claims follow:

1.      (Currently Amended) A system, comprising:

a building including one or more facilities each including at least one broadcast short-range communications unit having a fixed location and configured to:

store an identifier including at least three fields,

automatically generate one or more messages including an address portion and the identifier including the at least three fields, where at least one value of one or more of the at least three fields of the identifier is associated with particular location-relevant information,

broadcast, without solicitation and via a Bluetooth wireless communications protocol, the one or more messages including the address portion and the identifier including the at least three fields and the at least one value, for an unsolicited broadcasting thereof for intended receipt by any of a plurality of mobile devices in a communication range of the at least one broadcast short-range communications unit to trigger a control of one or more mobile device application actions including causing to be output mobile device application visual information, <u>where the mobile device application visual information is</u> based on the particular location-relevant information that is, in turn, based on the at least one value, and

re-broadcast, without solicitation and via the Bluetooth wireless communications protocol, the one or more messages including the address portion and the identifier including the at least three fields and the at least one value, for the unsolicited broadcasting thereof for intended receipt by any of the plurality of

- 3 -

mobile devices in the communication range of the at least one broadcast short-range communications unit to trigger the control of the one or more mobile device application actions including causing to be output the mobile device application visual information, <u>where the mobile device application visual information is</u> based on the particular location-relevant information that is, in turn, based on the at least one value;

an application configured for execution by at least one of the plurality of mobile devices in the communication range of the at least one broadcast short-range communications unit, the application, when executed, configured to cause the at least one mobile device to:

[[cause ]]display of an option via a display of the at least one mobile device,

receive an indication of a user input in connection with the option displayed via the display of the at least one mobile device,

receive an indication of a receipt, without solicitation from the at least one broadcast short-range communications unit and via the Bluetooth wireless communications protocol, of the one or more messages including the address portion and the identifier including the at least three fields and the at least one value, and

based on the receipt of the indication of the user input in connection with the option displayed via the display of the at least one mobile device and in response to the indication of the receipt, without solicitation from the at least one broadcast short-range communications unit and via the Bluetooth wireless communications protocol, of the one or more messages including the address portion and the identifier including the at least three fields and the at least one value; ~~cause to be sent~~ <u>send</u>, from the at least one mobile device and via another

wireless communications protocol, at least one message including the at least one value, for use in [[retrieving]]locating the particular location-relevant information based on the at least one value; and

at least one server configured to:

store different location-relevant information associated with different values;

receive, from the at least one mobile device and via an Internet protocol, the at least one message including the at least one value,

in response to the receipt, from the at least one mobile device and via the Internet protocol, of the at least one message including the at least one value; locate the particular location-relevant information based on the at least one value, and

after the particular location-relevant information is located based on the at least one value, cause to be sent, from the at least one server to the at least one mobile device and via the Internet protocol, a response message including the particular location-relevant information, for use in controlling the one or more mobile device application actions of the application including causing to be output, via the at least one mobile device, the mobile device application visual information;

said application, when executed, further configured to cause the at least one mobile device to:

receive, from the at least one server and via the another wireless communications protocol, the response message including the particular location-relevant information, and

in response to the receipt, from the at least one server and via the another wireless communications protocol, of the response message including the particular location-relevant information; control, utilizing the application, the one or more mobile device application actions of the application including causing to be output, via the at least one mobile device, the mobile device application visual information based on the particular location-relevant information;

wherein the mobile device application visual information includes an image, and the system is configured such that, after the indication of the user input is received and after an initial instance of the output of the mobile device application visual information including the image is caused, subsequent instances of the output of the mobile device application visual information including different images are capable of being caused as a user moves among a plurality of the facilities of the building, without requiring additional subsequent user input; wherein the system is further configured such that the option and the user input permit the user to determine whether the control of the one or more mobile device application actions is triggered.

2.      (Cancelled)

3.      (Cancelled)

4.      (Cancelled)

5.      (Original) The system of Claim 1, wherein the building includes a shopping mall, and the one or more facilities include different private facilities associated with different brands, and further include at least one public food court.

6.      (Original) The system of Claim 1, wherein the building includes a retail store, and the one or more facilities have different locations in the retail store and are associated with different product types.

7.-8.    (Cancelled)

9.      (Original) The system of Claim 1, wherein the system is configured such that the output of the mobile device application visual information is conditionally caused based on whether a mobile device-specific threshold has been met.

10.-18. (Cancelled)

19.     (Currently Amended) ~~The system of Claim 18,~~ A system, comprising:

a building including therein one or more facilities each including at least one broadcast short-range communications unit having a fixed location and configured to:

generate one or more messages including an address portion and at least three fields, where at least one value of one or more of the at least three fields is associated with particular location-relevant information, and

broadcast, without solicitation and via a short-range first wireless communications protocol, the one or more messages including the address portion, the at least three fields, and the at least one value, for an unsolicited broadcasting thereof for intended receipt by any of a plurality of mobile devices in a communication range of the at least one broadcast short-range communications unit, where the system is configured to trigger one or more mobile device actions including causing to be output visual information, based on the particular location-relevant information that is, in turn, associated with the at least one value,

computer code configured for execution by at least one of the plurality of mobile devices in the communication range of the at least one broadcast short-range communications unit, the computer code, when executed, configured to:

cause display of an option via a display of the at least one mobile device,

receive an indication of a user input,

receive an indication of a receipt, without solicitation from the at least one broadcast short-range communications unit and via the short-range first wireless communications protocol, of the one or more messages including the address portion, the at least three fields, and the at least one value, and

in response to the receipt of the indication of the receipt, without solicitation from the at least one broadcast short-range communications unit and via the short-range first wireless communications protocol, of the one or more messages including the address portion, the at least three fields, and the at least one value; cause to be sent, from the at least one mobile device and via a second wireless communications protocol, at least one message including the at least one value, for use in identifying the particular location-relevant information; and

at least one server configured to:

store different location-relevant information associated with different values,

receive, from the at least one mobile device and via an Internet protocol, the at least one value,

in response to the receipt, from the at least one mobile device and via the Internet protocol, of the at least one value; identify the particular location-relevant information based on the at least one value, and

after the particular location-relevant information is located based on the at least one value, cause to be sent, to the at least one mobile device and via the Internet protocol, a response message including the particular location-relevant information, for use with the one or more mobile device actions including causing to be output, via the at least one mobile device, the visual information;

said computer code, when executed, further configured to:

receive, from the at least one server and via the second wireless communications protocol, the response message including the particular location-relevant information, and

in response to the receipt, from the at least one server and via the second wireless communications protocol, of the response message including the particular location-relevant information from the at least one server and via the second wireless communications protocol; cause, utilizing the computer code, the one or more mobile device actions including causing to be output, via the at least one mobile device, the visual information based on the particular location-relevant information;

wherein:

the system is configured such that, after the indication of the user input is received and after an initial instance of the output of the visual information is caused, subsequent instances of the output of the visual information are capable of being caused as a user moves, without requiring additional subsequent user input;

the system is configured such that the option and the user input permit[[s]] the user to influence whether the one or more mobile device actions is caused;

the building includes a plurality of the facilities each including a corresponding broadcast short-range communications unit;

the building includes a shopping mall and the computer code is specific to at least one of a plurality of shopping malls including the shopping mall;

the plurality of facilities include different private facilities associated with different brands;

each broadcast short-range communications unit is configured so as to be incapable of broadcasting the particular location-relevant information; and

the system is configured such that different brand-specific visual information is caused to be output as the user moves among the plurality of facilities of the shopping mall.

20. (Currently Amended) ~~The system of Claim 18,~~ A system, comprising:

a building including therein one or more facilities each including at least one broadcast short-range communications unit having a fixed location and configured to:

generate one or more messages including an address portion and at least three fields, where at least one value of one or more of the at least three fields is associated with particular location-relevant information, and

broadcast, without solicitation and via a short-range first wireless communications protocol, the one or more messages including the address portion, the at least three fields, and the at least one value, for an unsolicited broadcasting thereof for intended receipt by any of a plurality of mobile devices in a communication range of the at least one broadcast short-range communications unit, where the system is configured to trigger one or more

mobile device actions including causing to be output visual information, based on the particular location-relevant information that is, in turn, associated with the at least one value,

computer code configured for execution by at least one of the plurality of mobile devices in the communication range of the at least one broadcast short-range communications unit, the computer code, when executed, configured to:

cause display of an option via a display of the at least one mobile device,

receive an indication of a user input,

receive an indication of a receipt, without solicitation from the at least one broadcast short-range communications unit and via the short-range first wireless communications protocol, of the one or more messages including the address portion, the at least three fields, and the at least one value, and

in response to the receipt of the indication of the receipt, without solicitation from the at least one broadcast short-range communications unit and via the short-range first wireless communications protocol, of the one or more messages including the address portion, the at least three fields, and the at least one value; cause to be sent, from the at least one mobile device and via a second wireless communications protocol, at least one message including the at least one value, for use in identifying the particular location-relevant information; and

at least one server configured to:

store different location-relevant information associated with different values,

receive, from the at least one mobile device and via an Internet protocol, the at least one value,

—————

in response to the receipt, from the at least one mobile device and via the Internet protocol, of the at least one value; identify the particular location-relevant information based on the at least one value, and

after the particular location-relevant information is located based on the at least one value, cause to be sent, to the at least one mobile device and via the Internet protocol, a response message including the particular location-relevant information, for use with the one or more mobile device actions including causing to be output, via the at least one mobile device, the visual information;

said computer code, when executed, further configured to:

receive, from the at least one server and via the second wireless communications protocol, the response message including the particular location-relevant information, and

in response to the receipt, from the at least one server and via the second wireless communications protocol, of the response message including the particular location-relevant information from the at least one server and via the second wireless communications protocol; cause, utilizing the computer code, the one or more mobile device actions including causing to be output, via the at least one mobile device, the visual information based on the particular location-relevant information;

wherein:

the system is configured such that, after the indication of the user input is received and after an initial instance of the output of the visual information is caused, subsequent

instances of the output of the visual information are capable of being caused as a user moves, without necessitating additional, subsequent user input;

the system is configured such that the option and the user input permit[[s]] the user to influence whether the one or more mobile device actions is caused;

the building includes a plurality of the facilities each including a corresponding broadcast short-range communications unit;

the building includes a retail store;

the computer code is specific to the retail store, and the one or more facilities have different locations in the retail store and are associated with different product types; and

each broadcast short-range communications unit is configured so as to be incapable of broadcasting the particular location-relevant information; and

wherein the system is configured such that different product type-specific visual information is caused to be output as the user moves among the different locations of the retail store.

21.    (New) A system, comprising:

a building including one or more facilities therein each including at least one broadcast short-range communications unit having a fixed location and configured to:

generate one or more messages including an address portion and a plurality of fields, where at least one value of one or more of the plurality of fields is associated with particular location-relevant information, and

broadcast, via a first wireless communications protocol, the one or more messages including the address portion, the plurality of fields, and the at least one value, for intended receipt by any of a plurality of mobile devices in a communication range of the at least one broadcast short-range communications unit, where the system is configured such that one or more mobile device application actions including causing to be output visual information is based on the particular location-relevant information that is, in turn, associated with the at least one value,

an application configured to be executed by at least one of the plurality of mobile devices, the application, when executed, configured to:

cause display of an option via a display of the at least one mobile device,

receive an indication of a user input in connection with the option displayed via the display of the at least one mobile device,

receive an indication of a receipt, from the at least one broadcast short-range communications unit and via the first wireless communications protocol, of the one or more messages including the address portion, the plurality of fields, and the at least one value, and

cause to be sent, from the at least one mobile device and via a second wireless communications protocol, at least one message for use in retrieving the particular location-relevant information; and

at least one server configured to:

receive, from the at least one mobile device and via an Internet protocol, the at least one message,

- 14 -

in response to the receipt, from the at least one mobile device and via the Internet protocol, of the at least one message: retrieve the particular location-relevant information based on the at least one message, and

after the particular location-relevant information is retrieved based on the at least one message, cause to be sent, from the at least one server to the at least one mobile device and via the Internet protocol, a response message including the particular location-relevant information, for use in connection with the one or more mobile device application actions including causing to be output, via the at least one mobile device, the visual information;

said application, when executed, further configured to:

receive, from the at least one server and via the second wireless communications protocol, the response message including the particular location-relevant information, and

after the receipt, from the at least one server and via the second wireless communications protocol, of the response message including the particular location-relevant information: cause, utilizing the application, the one or more mobile device application actions including causing to be output, via the at least one mobile device, the visual information based on the particular location-relevant information;

wherein the system is configured such that the particular location-relevant information includes different images, and the system is further configured such that, after the indication of the user input is received and after the output of the visual information is caused, subsequent output of different visual information is caused as the at least one mobile device is moved among a plurality of the facilities of the building; and further wherein the application, when executed, is configured to permit a determination

as to whether the one or more mobile device application actions including causing to be output the visual information is triggered.

22.     (New) The system of Claim 21, wherein the building includes a shopping mall, and the one or more facilities include different private facilities associated with different brands, and further include at least one public food court that includes at least one public food court broadcast short-range communications unit.

23.     (New) The system of Claim 21, wherein the building includes a retail space, and the one or more facilities have different locations in the retail space and are associated with different product types.

24.     (New) The system of Claim 21, wherein the system is configured such that the output of the visual information is conditionally caused based on whether a mobile device-specific threshold has been met.

25.     (New) The system of Claim 21, wherein the system is configured such that a plurality of the broadcast short-range communications units are included in the building and are each configured to generate the one or more messages including: a first identifier field with the at least one value that is the same for each of the plurality of the broadcast short-range communications units in the building, and a second identifier field with an other value that is different for each of at least a subset of the plurality of the broadcast short-range communications units in the building, so that the subsequent output of the different visual information is caused as the at least one mobile device is moved among the plurality of the facilities of the building.

26.     (New) The system of Claim 25, and further comprising a computer configured to display at least one configuration interface for receiving an administrator selection in connection with the different other values.

27.     (New) The system of Claim 21, wherein the at least one broadcast short-range communications unit uses the first wireless communications protocol so as to have a first range that is shorter than a second range of the at least one mobile device when the at least one mobile device uses the second wireless communications protocol.

28.     (New) The system of Claim 21, wherein the system is configured such that, after the receipt of the indication of the user input, the visual information is automatically caused to be output, in response to the receipt of the indication of the receipt of the one or more messages that are broadcasted after the receipt of the indication of the user input.

29.     (New) The system of Claim 21, wherein the system is configured such that the visual information is automatically caused to be output without requiring further communication with the at least one broadcast short-range communications unit, after the receipt of the indication of the receipt of the one or more messages.

30.     (New) The system of Claim 21, wherein the system is configured such that the visual information is based on user-specific demographic and preference information, and different brand- or product-specific visual information is caused to be output as the at least one mobile device is moved among the plurality of facilities in the building.

31.     (New) The system of Claim 30, wherein the system is configured such that the user-specific demographic and preference information is received based on particular user input from a user of the at least one mobile device.

32.     (New) The system of Claim 30, wherein the system is configured such that the user-specific demographic and preference information includes age information, gender information, hobby information, and interest information.

33.     (New) The system of Claim 21, wherein the system is configured such that the one or more mobile device application actions is based on user feedback information received from a user of the at least one mobile device.

34.     (New) The system of Claim 21, wherein the system is configured such that the one or more messages are re-broadcasted at predetermined intervals.

35.     (New) The system of Claim 21, wherein the system is configured such that the subsequent output of the different visual information is capable of being caused without additional user input after the user input.

36.     (New) The system of Claim 21, wherein the application, when executed, is configured to cause the at least one message to be sent and the response message to be received, before the receipt of the indication of the receipt of the one or more messages.

37.     (New) The system of Claim 21, wherein the application, when executed, is configured to cause the at least one message to be sent, in response to the receipt of the indication of the receipt of the one or more messages.

38.     (New) The system of Claim 21, wherein the system is configured such that the particular location-relevant information is located based on the at least on value.

39.     (New) The system of Claim 21, wherein the at least one broadcast short-range communications unit is incapable of accessing the particular location-relevant information.

40.     (New) The system of Claim 21, wherein at least one of:

        a location of the at least one mobile device is capable of being identified by cooperating with a plurality of wireless components utilizing received signal strength measurements;

        the second wireless communications protocol includes a WiFi wireless communications protocol;

the second wireless communications protocol includes a cellular wireless communications protocol;

at least one of the plurality of fields is part of a header;

at least one of the plurality of fields is capable of having a null value;

the plurality of fields are part of a header;

the plurality of fields are portions of at least one identifier;

the plurality of fields are portions of at least one identifier;

the at least one value takes the same form in connection with the one or more messages and the at least one message;

the indication of the user input includes a signal that results from a detection of the user input;

the indication of the receipt of the one or more messages includes a signal that results from the receipt of the one or more messages;

the indication of the receipt of the one or more messages, includes the at least one value;

the indication of the receipt of the one or more messages, includes only the at least one value;

the indication of the receipt of the one or more messages includes the address portion, the plurality of fields, and the at least one value;

the at least one value includes an address;

the at least one value includes an identifier;

the option is displayed in connection with a message and the user input involves a contact to a predetermined location;

the option involves a preference setting;

the option is associated with a use of the application;

the at least one value of the one or more of the plurality of fields is associated with the particular location-relevant information, at the at least one server;

the at least one value of the one or more of the plurality of fields is associated with the particular location-relevant information, at the at least one mobile device;

the at least one value of the one or more of the plurality of fields is associated with the particular location-relevant information for permitting the particular location-relevant information to be located based on the at least one value;

the at least one value of the one or more of the plurality of fields is associated with the particular location-relevant information for permitting the particular location-relevant information to be retrieved based on the at least one value;

the at least one message is caused to be sent before the receipt of the indication of the user input;

the at least one message is caused to be sent after the receipt of the indication of the user input;

- 20 -

the at least one message is caused to be sent in response to the receipt of the indication of the user input;

the at least one message includes the at least one value;

the at least one message includes is based on the at least one value;

the at least one message includes is independent of the at least one value;

the at least one message is used in retrieving the particular location-relevant information by being used to locate the particular location-relevant information;

the one or more messages are received and the at least one message is caused to be sent via the same network I/O unit;

the one or more messages are received and the at least one message is caused to be sent via different network I/O units;

the at least one message is caused to be sent via the Internet protocol in addition to the second wireless communications protocol;

the at least one broadcast short-range communications unit is configured to automatically generate the one or more messages for an unsolicited broadcast thereof;

the Internet protocol includes a Transmission Control Protocol/Internet protocol;

the one or more facilities include one or more spaces;

the one or more facilities include one or more departments;

the building includes a retail space;

the building includes a retail space in a shopping mall;

the visual information, the particular location-relevant information, and the one or more mobile device application actions are mobile device-independent;

the at least one short-range communications unit includes a dedicated unit;

the at least one short-range communications unit includes a network information outlet;

the at least one short-range communications unit includes a dedicated short-range communications roadside unit;

the at least one broadcast short-range communications unit is capable of only transmitting;

the at least one broadcast short-range communications unit is capable of transmitting and receiving;

a range of the at least one broadcast short-range communications unit is that mandated by a Bluetooth wireless communications protocol;

the fixed location results from an installation of the at least one broadcast short-range communications unit at a particular location;

the first wireless communications protocol includes a Bluetooth protocol;

the one or more mobile device application actions each include an action that is carried out, at least in part,  by the at least one mobile device and is caused, at least in part, by the application;

the one or more mobile device application actions each include an action that is carried out, at least in part, by the at least one mobile device and is supported, at least in part, by the application;

the particular location-relevant information is retrieved based on the at least one message, by using the at least message to retrieve the particular location-relevant information;

the particular location-relevant information is retrieved based on the at least one message, by causing the particular location-relevant information to be retrieved in response to the receipt of the at least one message;

the one or more mobile device application actions is based on the particular location-relevant information, by outputting at least a portion of the particular location-relevant information;

the one or more mobile device application actions is based on the particular location-relevant information, by causing output of the visual information so as to include at least a portion of the particular location-relevant information;

the particular location-relevant information includes information that is relevant to a particular location;

the particular location-relevant information includes information that is relevant to a brand located at a particular location;

the particular location-relevant information includes information that is relevant to a product located at a particular location;

the particular location-relevant information is associated with the at least one value, by being retrieved based on the at least one value;

the particular location-relevant information is associated with the at least one value, so as to be retrieved from memory on the at least one mobile device based on the at least one value;

the particular location-relevant information is associated with the at least one value, so as to be retrieved from memory on the at least one server based on the at least one value;

the visual information is caused to be output based on the particular location-relevant information, by including at least a portion of the particular location-relevant information;

the visual information is caused to be output based on the particular location-relevant information, by being triggered in response to the receipt of the response message including the particular location-relevant information;

the visual information is caused to be output in response to the receipt of the indication of the receipt of the one or more messages;

the one or more messages, the at least one message, and the response message are of a different format;

the one or more messages and the at least one message are identical;

- 24 -

the one or more messages, the at least one message, and the response message are the same in at least one aspect;

the one or more messages, the at least one message, and the response message are different in at least one aspect;

the visual information is derived from the particular location-relevant information;

the visual information is based on the particular location-relevant information;

the visual information includes at least a portion of the particular location-relevant information;

the visual information includes at least one of the different images;

at least one of the different images is accessible using the visual information;

at least one of the different images is accessible via the visual information;

at least one of the different images is accessible by being included in the visual information;

each of the different images is accessible via different visual information;

the option includes a selectable option for information delivery being conditioned;

the option includes a selectable option for information delivery being conditioned on a service attribute;

the option includes a selectable option related to at least one aspect of information delivery;

the option is caused to be displayed after the receipt of the indication of the receipt of the one or more messages;

the option is caused to be displayed before the receipt of the indication of the receipt of the one or more messages;

the output of the visual information is caused after the receipt of the response message, by being caused in response to the receipt of the response message;

the output of the visual information is caused in response to the receipt of the indication of the receipt of the one or more messages, by retrieving the particular location-relevant information from memory on the at least one mobile device in response to the receipt of the indication of the receipt of the one or more messages;

the output of the visual information is caused in response to the receipt of the indication of the receipt of the one or more messages, by retrieving the particular location-relevant information from memory on the at least one server in response to the receipt of the indication of the receipt of the one or more messages;

the determination is by a user;

the determination is enabled by the option and the user input;

the determination is based on a location of the at least one mobile device;

the determination is based on the receipt of the indication of the receipt of the one or more messages;

the causation of the output of the visual information is triggered based on a location of the at least one mobile device;

the causation of the output of the visual information is triggered based on the receipt of the indication of the receipt of the one or more messages;

the causation of the output of the visual information is conditioned on the receipt of the indication of the user input;

the at least one server includes a proxy server; or

the system further comprises the at least one mobile device.

41.    (New) The system of Claim 1, wherein:

the system is configured such that the output of the mobile device application visual information is conditionally caused based on whether a mobile device-specific threshold has been met;

the system is configured such that a plurality of the broadcast short-range communications units are included in the building and are each configured to generate the one or more messages including: a first identifier field with the at least one value that is the same for each of at least a first subset of the plurality of the broadcast short-range communications units in the building, and a second identifier field with an other value that is different for each of at least a second subset of the plurality of the broadcast short-range communications units in the building, so that the subsequent output of the different images is caused as the at least one mobile device is moved among the plurality of the facilities of the building; and

the system is configured such that the particular location-relevant information is further based on user-specific demographic and preference information, and different brand- or

product-specific mobile device application visual information is caused to be output as the at least one mobile device is moved among the plurality of facilities in the building.

42.     (New) The system of Claim 41, wherein:

the system is configured such that the user-specific demographic and preference information is received based on user input from a user of the at least one mobile device; and

the system is configured such that the user-specific demographic and preference information includes age information, gender information, hobby information, and interest information.

43.     (New) The system of Claim 19, wherein:

the system is configured such that the output of the visual information is conditionally caused based on whether a mobile device-specific threshold has been met;

the system is configured such that a plurality of the broadcast short-range communications units are included in the building and are each configured to generate the one or more messages including: a first identifier field with the at least one value that is the same for each of at least a first subset of the plurality of the broadcast short-range communications units in the building, and a second identifier field with an other value that is different for each of at least a second subset of the plurality of the broadcast short-range communications units in the building, so that subsequent output of different visual information is caused as the at least one mobile device is moved among the plurality of the facilities of the building;

the at least one broadcast short-range communications unit uses the short-range first wireless communications protocol so as to have a first range that is shorter than a second range of a station that uses the second wireless communications protocol; and

the system is configured such that the particular location-relevant information is further based on user-specific demographic and preference information, and different brand- or product-specific visual information is caused to be output as the at least one mobile device is moved among the plurality of facilities in the building.

44.     (New) The system of Claim 20, wherein:

the system is configured such that the output of the visual information is conditionally caused based on whether a mobile device-specific threshold has been met;

the system is configured such that a plurality of the broadcast short-range communications units are included in the building and are each configured to generate the one or more messages including: a first identifier field with the at least one value that is the same for each of at least a first subset of the plurality of the broadcast short-range communications units in the building, and a second identifier field with an other value that is different for each of at least a second subset of the plurality of the broadcast short-range communications units in the building, so that subsequent output of different visual information is caused as the at least one mobile device is moved among the plurality of the facilities of the building;

the at least one broadcast short-range communications unit uses the short-range first wireless communications protocol so as to have a first range that is shorter than a second range of a station that uses the second wireless communications protocol; and

the system is configured such that the particular location-relevant information is further based on user-specific demographic and preference information, and different brand- or product-specific visual information is caused to be output as the at least one mobile device is moved among the plurality of facilities in the building.

REMARKS

The Examiner has issued a double patenting rejection regarding U.S. Application Serial Number: 13/410,197.  In view of the provisional nature of this rejection and the fact that the aforementioned pending application has not been allowed or granted, a terminal disclaimer is deemed unnecessary at the present time.

The Examiner is thanked for the indication that multiple dependent claims are not rejected.  In response to the First Action Interview Pilot Program Pre-Interview Communication, applicant has amended Claim 1 and added Claim 21 to at least substantially include at least a portion of the subject matter of original un-rejected Claim 4. Further, un-rejected dependent Claims 19-20 have been amended to at least substantially include at least a portion of the subject matter of at least one of the original independent claims.

To the extent that the amended claims are allowable, applicant hereby requests to not have a First Action Interview.

It is believed that all of the pending issues have been addressed.  However, the absence of a reply to a specific rejection, issue, or comment does not signify agreement with or concession of that rejection, issue, or comment.  In addition, because the arguments made above may not be exhaustive, there may be reasons for patentability of any or all pending claims (or other claims) that have not been expressed.  Still yet, nothing in this reply should be construed as intention to concede any issue with regard to any claim, except as specifically stated in this reply.  Finally, it should be noted that no claims are intended to be construed under 35 U.S.C. 112, paragraph 6.

- 30 -

Should the Examiner deem that any further amendment is desirable to place this Application in condition for allowance, Applicant invites the Examiner to telephone the undersigned attorney at the number listed below.

Respectfully submitted,

Dated: <u>19 Jan 2018</u>
The Caldwell Firm, LLC
PO Box 59655
Dallas, Texas 75229-0655
Telephone:  (214) 734-2313
<u>pcaldwell@thecaldwellfirm.com</u>

_____
Patrick E. Caldwell, Esq.
Reg. No. 44,580