IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DYFAN, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION<br><br>    Defendants. | Civil Action No. 6:19-cv-00179-ADA<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO RESET CLAIM CONSTRUCTION BRIEFING DEADLINES**

Plaintiff Dyfan, LLC ("Dyfan" or "Plaintiff") and Defendant Target Corporation ("Target" or "Defendant") file this Joint Motion to Reset Claim Construction Briefing Deadlines. The parties respectfully show the following:

The parties filed their respective Opening Claim Construction Briefs on September 26, 2019.  The case was stayed for 30 days accommodating Plaintiff's change of counsel, and the end of the stay was November 7, 2019.  In the meantime, the parties scheduled and conducted an expert deposition in connection with claim construction on November 12, 2019. In light of the foregoing, the parties propose to reset claim construction briefing schedule as following:

- Parties to file Responsive claim construction briefs on November 22, 2019, and
- Parties to file Reply claim construction briefs on December 4, 2019.

Wherefore, the parties respectfully request that the Court grant this joint motion and enter an order setting new claim construction briefing deadlines as indicated above.

Dated:  November 14, 2019

| | |
|---|---|
| */s/ Timothy Devlin* | */s/ Matthew S. Yungwirth* |
| Timothy Devlin (*pro hac vice*) | Gilbert A. Greene |
| tdevlin@devlinlawfirm.com | DUANE MORRIS LLP |
| Devlin Law Firm LLC | Las Cimas IV |
| 1526 Gilpin Avenue | 900 S. Capital of Texas Highway, Suite 300 |
| Wilmington Delaware 19806 | Austin, TX 78746 |
| Tel: (302) 449-9011 | Tel.: 512-277-2246 |
| Fax: (302) 353-4251 | Fax: 512-597-0703 |
| | Email: BGreene@duanemorris.com |
| Jeffrey G. Toler | |
| Texas Bar No. 24011201 | Matthew S. Yungwirth (admitted pro hac vice) |
| jtoler@tlgiplaw.com | DUANE MORRIS LLP |
| Christopher M. Scurry (pro hac vice) | 1075 Peachtree Street NE, Suite 2000 |
| Texas Bar No. 24076681 | Atlanta, GA 30309-3929 |
| cscurry@tlgiplaw.com | Telephone: 404-253-6900 |
| TOLER LAW GROUP, PC | Email: msyungwirth@duanemorris.com |
| 8500 Bluffstone Cove, Suite A201 | Christopher J. Tyson (admitted pro hac vice) |
| Austin, Texas 78759 | DUANE MORRIS LLP |
| Tel. (512) 327-5515 | 505 9th Street N.W., Suite 1000 |
| Fax (512) 327-5575 | Washington, DC 20004-2166 |
| | Tel: 202.776.5213 |
| *Attorney for Plaintiff* | Email: cjtyson@duanemorris.com |
| | |
| | Daniel M. Lechleiter |
| | Faegre Baker Daniels LLP |
| | 300 North Meridian Street |
| | Suite 2700 |
| | Indianapolis, IN 46204-1750 |
| | (317) 237-1070 |
| | Fax: (317) 237-1000 |
| | Email: daniel.lechleiter@faegrebd.com |
| | |
| | Lauren M.W. Steinhaeuser |
| | (admitted *pro hac vice*) |
| | Faegre Baker Daniels LLP |
| | 90 S. Seventh St., Suite 2200 |
| | Minneapolis, MN 55402 |
| | Tel: 630-766-6879 |
| | Fax: 612-766-1600 |
| | Email: lauren.steinhaeuser@faegrebd.com |
| | |
| | *Attorney for Defendant* |

JOINT MOTION TO RESET CLAIM CONSTRUCTION BRIEFING DEADLINES

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on November 14, 2019.

                                        */s/ Timothy Devlin*
                                        Timothy Devlin