IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DYFAN, LLC, | : |
| Plaintiff, | : |
| v. | : C.A. No. 6:19-cv-00179-ADA |
| TARGET CORPORATION, | : |
| Defendant. | : |

**DECLARATION OF CHRISTOPHER J. TYSON IN SUPPORT OF DEFENDANT'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**

1. I make this Declaration of my own free will.

2. I am an attorney with the law firm Duane Morris LLP and licensed to practice law in Virginia and Washington D.C.

3. I represent Defendant Target Corporation ("Defendant" or "Target") and I submit this declaration in support of Defendant's Responsive Claim Construction Brief filed concurrently herewith.

4. Attached hereto as **Exhibit J** is a true and correct copy of the transcript of the deposition of Dr. Benjamin Goldberg, taken by Plaintiff's counsel in this case on November 12, 2019.

Dated: November 22, 2019

                                                                      s/ Christopher J. Tyson
                                                                       Christopher J. Tyson