# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DYFAN, LLC, | : |
| Plaintiff, | : |
| v. | : C.A. No. 6:19-cv-00179-ADA |
| TARGET CORPORATION, | : |
| Defendant. | : |

## JOINT MOTION TO AMEND SCHEDULING ORDER

The Parties jointly move for entry of the Agreed Amended Scheduling Order that is attached as Exhibit 1.

The Parties are awaiting the issuance of the Court's written claim construction order following the claim construction hearing that took place on December 19, 2019. To give the Parties sufficient time to prepare any Final Infringement and Invalidity Contentions in response to the written claim construction order, the Parties request an amendment of the Scheduling Order to move the Deadline to serve Final Infringement and Invalidity Contentions from 14 weeks after the Markman hearing (i.e., from March 26, 2020) to 17 weeks after the Markman hearing (i.e., to April 16, 2020). All other dates remain the same.

This motion is made in good faith and is not presented for the purpose of delay.

WHEREFORE, the Parties respectfully request that the Court enter the Agreed Amended Scheduling Order filed with this motion.

Date:  March 16, 2020

<table>
<tr><td>

*/s/ Timothy Devlin*
Timothy Devlin (admitted *pro hac vice*)
Derek Dahlgren (admitted *pro hac vice*)
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
tdevlin@devlinlawfirm.com
ddahlgren@devlinlawfirm.com

*Attorneys for Dyfan, LLC*

</td><td>

*/s/ Gilbert A. Greene*
Gilbert A. Greene
**DUANE MORRIS LLP**
Las Cimas IV
900 S. Capital of Texas Highway, Suite 300
Austin, TX 78746
Tel.: 512-277-2246
Fax: 512-597-0703
Email: BGreene@duanemorris.com

Matthew S. Yungwirth (admitted *pro hac vice*)
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 2000
Atlanta, GA  30309-3929
Telephone:  404-253-6900
Email:  msyungwirth@duanemorris.com

Christopher J. Tyson (admitted *pro hac vice*)
**DUANE MORRIS LLP**
505 9th Street N.W., Suite 1000
Washington, DC 20004-2166
Tel:  202.776.5213
Email: cjtyson@duanemorris.com

Daniel M. Lechleiter
**Faegre Baker Daniels LLP**
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204-1750
(317) 237-1070
Fax: (317) 237-1000
Email: daniel.lechleiter@faegrebd.com

Lauren M.W. Steinhaeuser
(admitted *pro hac vice*)
**Faegre Baker Daniels LLP**
90 S. Seventh St., Suite 2200
Minneapolis, MN 55402
Tel: 630-766-6879
Fax: 612-766-1600
Email: lauren.steinhaeuser@faegrebd.com

*Counsel for Target Corporation*

</td></tr>
</table>

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing **JOINT MOTION TO AMEND SCHEDULING ORDER** was served via all counsel of record via the Court's CM/ECF system on March 16, 2020.

/s/ *Gilbert A. Greene*