IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRCT OF TEXAS
WACO DIVISION

**STANDNG ORDER REGARDING POST-*MARKMAN* PATENT CASES**

The Court enters this standing order to address potential difficulties related to the COVID-19 virus that parties in patent cases may experience. The Court recognizes that preparing for a patent trial can be an arduous task in the best of times and is obviously much more difficult when mobility has been severely restricted by the Government. As such, for cases that have had their *Markman* hearing, the Court takes the following approach in hopes of alleviating these difficulties:

The Court is willing to consider all reasonable adjustments to the current scheduling orders to allow the parties to complete discovery, and have adequate time to complete expert reports, take expert depositions, and file appropriate motions. Prior to contacting the Court, however, the parties must first meet-and-confer about the proposed changes. The Court will give great deference to proposals that are made jointly and may set a telephonic conference to consider those proposals. To the extent the parties cannot agree on a modified schedule, the parties are directed to contact the Court's law clerk to set-up a telephonic conference.

**SIGNED** this 9th day of April, 2020.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE