**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| DYFAN, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION<br><br>    Defendants. | Civil Action No. 6:19-cv-00179-ADA<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO STAY PENDING CLAIM
CONSTRUCTION ORDER**

  The Parties jointly move to stay proceedings pending the issuance of a claim construction order. A proposed order is attached as Exhibit 1.

  The Parties' claim construction hearing took place on December 19, 2019. The Court found that various limitations in the asserted claims are indefinite and stated that it would issue a written order. To ensure time and effort are not spent on issues that may be moot based upon the order, the Parties request that all proceedings and deadlines in this case be stayed until the claim construction order issues. The parties will confer once the order is issued and submit a status report to the Court with their recommendations on how to proceed.

  This motion is made in good faith and is not presented for the purpose of delay.

  WHEREFORE, the Parties respectfully request that the Court enter the Proposed Order Granting Joint Motion to Stay Pending Claim Construction Order filed with this motion.

Date: April 17, 2020

| | |
|---|---|
| */s/ Timothy Devlin* | */s/ Gilbert A. Greene* |
| Timothy Devlin (admitted *pro hac vice*) | Gilbert A. Greene |
| Derek Dahlgren (admitted *pro hac vice*) | **DUANE MORRIS LLP** |
| **Devlin Law Firm LLC** | Las Cimas IV |
| 1526 Gilpin Avenue | 900 S. Capital of Texas Highway, Suite 300 |
| Wilmington, DE 19806 | Austin, TX 78746 |
| Telephone: (302) 449-9010 | Tel.: 512-277-2246 |
| tdevlin@devlinlawfirm.com | Fax: 512-597-0703 |
| ddahlgren@devlinlawfirm.com | Email: BGreene@duanemorris.com |
| | |
| *Attorneys for Dyfan, LLC* | Matthew S. Yungwirth (admitted *pro hac vice*) |
| | **DUANE MORRIS LLP** |
| | 1075 Peachtree Street NE, Suite 2000 |
| | Atlanta, GA 30309-3929 |
| | Telephone: 404-253-6900 |
| | Email: msyungwirth@duanemorris.com |
| | |
| | Christopher J. Tyson (admitted *pro hac vice*) |
| | **DUANE MORRIS LLP** |
| | 505 9th Street N.W., Suite 1000 |
| | Washington, DC 20004-2166 |
| | Tel: 202.776.5213 |
| | Email: cjtyson@duanemorris.com |
| | |
| | Daniel M. Lechleiter |
| | **Faegre Baker Daniels LLP** |
| | 300 North Meridian Street |
| | Suite 2700 |
| | Indianapolis, IN 46204-1750 |
| | (317) 237-1070 |
| | Fax: (317) 237-1000 |
| | Email: daniel.lechleiter@faegrebd.com |
| | |
| | Lauren M.W. Steinhaeuser |
| | (admitted *pro hac vice*) |
| | **Faegre Baker Daniels LLP** |
| | 90 S. Seventh St., Suite 2200 |
| | Minneapolis, MN 55402 |
| | Tel: 630-766-6879 |
| | Fax: 612-766-1600 |
| | Email: lauren.steinhaeuser@faegrebd.com |
| | |
| | *Counsel for Target Corporation* |

3

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **JOINT MOTION TO STAY PENDING CLAIM CONSTRUCTION ORDER** was served via all counsel of record via the Court's CM/ECF system on April 17, 2020.

/s/ *Derek Dahlgren*