IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DYFAN, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION<br><br>　　　　　Defendant. | Civil Action No. 6:19-cv-00179-ADA<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY PENDING CLAIM CONSTRUCTION ORDER**

Upon consideration of Plaintiff Dyfan, LLC's ("Dyfan" or "Plaintiff") and Defendant Target Corporation's ("Target" or "Defendant")'s Joint Motion to Stay Pending Claim Construction Order:

IT IS ORDERED that the motion is granted, and all proceedings and deadlines in this case be stayed until the issuance of this Court's claim construction order pertaining to the hearing that took place on December 19, 2019.

SO ORDERED_____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Alan D. Albright, Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　Western District of Texas