# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DYFAN LLC, | |
|     Plaintiff, | C.A. No. 6:19-cv-00179-ADA |
| v. | |
| TARGET CORPORATION, | **JURY TRIAL DEMANDED** |
|     Defendant. | |

## JOINT STIPULATION OF DISMISSAL AND FINAL JUDGMENT

Plaintiff Dyfan LLC ("Dyfan") and Defendant Target Corporation ("Target"; collectively with Dyfan, the "Parties"), by and through their undersigned counsel, subject to the approval of the Court, hereby stipulate and agree as follows:

1. This is a patent infringement action brought by Dyfan against Target.

2. This Court has jurisdiction over the claims in this action pursuant to 28 U.S.C. §§ 1331 and 1338.

3. The patents in suit in this action are U.S. Patent Nos. 9,973,899 (the "'899 patent") and 10,194,292 (the "'292 patent"; collectively with the '899 patent, the "patents in suit"). Dyfan claims to be the owner by assignment of the patents in suit.

4. In this action, Dyfan has asserted claims 1-4, 7, 9, 11-19 and 23-30 of the '899 patent and claims 1-8, 10-21 and 24-30 of the '292 patent. No other claims have been asserted.

5. On December 11, 2019, the Parties submitted a Joint Claim Construction Statement (Dkt. No. 46), providing a list of disputed terms for construction. That list included thirty terms, twenty-five of which were potentially subject to § 112, ¶ 6.

6. The Court held the *Markman* hearing on December 19, 2019.

1

7. On November 24, 2020, the Court entered a Claim Construction Order (Dkt. No. 57), which found, in relevant part, that the twenty-five disputed terms are subject to § 112, ¶ 6 and are indefinite for lack of corresponding structure.

8. Under this Court's claim construction, Dyfan cannot prevail on the issue of infringement because Dyfan cannot prove that the Accused Systems read on a valid, asserted claim of the patents in suit, namely any of claims 1-4, 7, 9, 11-19 and 23-30 of the '899 patent and claims 1-8, 10-21 and 24-30 of the '292 patent.

9. The Parties therefore stipulate and agree to entry of this Final Judgment in favor of Target and against Dyfan that the asserted claims of the patents in suit are invalid under 35 U.S.C. § 112 ¶ 2 for the reasons set forth in the Court's Claim Construction Order (Dkt. No. 57), for purposes of allowing appeal of the foregoing order.

10. The Parties further stipulate and agree that Target's unadjudicated affirmative defenses of invalidity under 35 U.S.C. § 41, 101, 102, 103, 112 ¶ 1, 116 and/or 282, limitation of damages, prosecution history estoppel, and cost preclusion are dismissed without prejudice in view of the Court's claim construction, and without prejudice to reassert the foregoing affirmative defenses in the event of remand or other assertions by Dyfan under the patents in suit.  For the sake of clarity, this dismissal is not intended to dismiss any post judgment claim(s) or motion(s) relating to an "exceptional case" determination, pursuant to 35 U.S.C. § 285, or other bases for the award of attorneys' fees and/or costs, the timing of which is governed by Fed. R. Civ. P. 54(d)(1) and (2))

11. This Stipulated Order of Dismissal and Final Judgment is without prejudice to the Parties' rights to appeal any future orders issued by the Court.

SO STIPULATED BY the Parties through their undersigned counsel:

Dated:  January 29, 2021

Respectfully submitted,

*/s/ Timothy Devlin*
Timothy Devlin  (*pro hac vice*)
Derek Dahlgren (*pro hac vice*)
Nadiia Loizides (*pro hac vice*)
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, DE  19806
Tel.: (302) 449-9010
tdevlin@devlinlawfirm.com
ddahlgren@devlinlawfirm.com
nloizides@devlinlawfirm.com

*Attorneys for Plaintiff Dyfan LLC*

*/s/ Gilbert Greene*
Gilbert A. Greene
**DUANE MORRIS LLP**
Las Cimas IV
900 S. Capital of Texas Highway, Suite 300
Austin, TX 78746
Tel.: 512-277-2246
Fax: 512-597-0703
Email: BGreene@duanemorris.com

Matthew S. Yungwirth (*pro hac vice*)
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 2000
Atlanta, GA 30309-3929
Tel.: 404-253-6900
Email: msyungwirth@duanemorris.com

Christopher J. Tyson (*pro hac vice*)
**DUANE MORRIS LLP**
505 9th Street N.W., Suite 1000
Washington, DC 20004-2166
Tel.: 202.776.5213
Email: cjtyson@duanemorris.com

Daniel M. Lechleiter
**Faegre Baker Daniels LLP**
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204-1750
Tel.: (317) 237-1070
Fax: (317) 237-1000
Email: daniel.lechleiter@faegrebd.com

Lauren M.W. Steinhaeuser (*pro hac vice*)
**Faegre Baker Daniels LLP**
90 S. Seventh St., Suite 2200
Minneapolis, MN 55402
Tel.: 630-766-6879
Fax: 612-766-1600
Email: lauren.steinhaeuser@faegrebd.com

*Attorneys for Defendant Target Corporation*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing **JOINT STIPULATION** was served on all counsel of record via the Court's CM/ECF system on January 29, 2021.

*/s/ Timothy Devlin*
Timothy Devlin