IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DYFAN LLC,<br><br>     Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>     Defendant. | C.A. No. 6:19-cv-00179-ADA<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING
## JOINT STIPULATION OF DISMISSAL AND FINAL JUDGMENT

Upon consideration of Plaintiff Dyfan LLC and Defendant Target Corporation's Joint Stipulation of Dismissal and Final Judgment:

IT IS ORDERED that the Joint Stipulation and Final Judgment is granted, and final judgment is entered in the above-captioned case.

SO ORDERED _____

_____
Alan D Albright, Judge
United States District Court
Western District of Texas