IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DYFAN, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION<br><br>    Defendant. | Civil Action No. 6:19-cv-00179-ADA<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING UNOPPOSED CONTINGENT MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

Upon consideration of Plaintiff Dyfan, LLC's ("Dyfan" or "Plaintiff") Unopposed Contingent Motion for Extension of Time to File Notice of Appeal:

IT IS ORDERED that the motion is granted, and Plaintiff is allotted up to 30 days additional time to file its Notice of Appeal.

SO ORDERED_____

_____
Alan D Albright, Judge
United States District Court
Western District of Texas