# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DYFAN LLC, <br><br> Plaintiff, <br><br> v. <br><br> TARGET CORPORATION, <br><br> Defendant. | C.A. No. 6:19-cv-00179-ADA <br><br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING
## JOINT STIPULATION OF DISMISSAL AND FINAL JUDGMENT

Upon consideration of Plaintiff Dyfan LLC and Defendant Target Corporation's Joint Stipulation of Dismissal and Final Judgment:

IT IS ORDERED that the Joint Stipulation and Final Judgment is granted, and final judgment is entered in the above-captioned case.

SO ORDERED __March 3, 2021._____

_____
Alan D Albright, Judge
United States District Court
Western District of Texas