**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| DYFAN, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>TARGET CORPORATION<br><br>                Defendant. | Civil Action No. 6:19-cv-00179-ADA<br><br>JURY TRIAL DEMANDED |

## **NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Plaintiff Dyfan, LLC ("Dyfan") hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's November 25, 2020 Claim Construction Order and the parties' Joint Stipulation of Dismissal and Final Judgment, filed January 29, 2021, and granted today, March 3, 2021.  According to Federal Rule of Appellate Procedure Rule 4, a party may file a notice of appeal within 30 days after entry of the judgement or order appealed from, and the District Court may extend the time to file a notice of appeal.  Dyfan also requested an extension to file its notice of appeal on March 2, 2020 (Dkt. 60), and the Court has granted Dyfan an additional 30 days to file its Notice of Appeal (March 3, 2021 Text Order).

Date: March 3, 2021
/s/ Timothy Devlin
Timothy Devlin (*pro hac vice*)
tdevlin@devlinlawfirm.com
Derek Dahlgren (*pro hac vice*)
ddahlgren@devlinlawfirm.com
Nadiia Loizides (*pro hac vice*)
nloizides@devlinlawfirm.com
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington Delaware 19806
Tel: (302) 449-9011
Fax: (302) 353-4251

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 3, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ Timothy Devlin
Timothy Devlin