# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DYFAN, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION<br><br>　　　　　Defendant. | Civil Action No. 6:19-cv-00179-ADA<br><br><br>JURY TRIAL DEMANDED |
| DYFAN, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>　　　　　Defendant. | Civil Action No. 6:21-cv-00114-ADA<br><br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION TO CONSOLIDATE

The parties' Joint Motion to Consolidate the above-captioned actions is before the Court, and, after consideration, the Court finds that the Joint Motion should be GRANTED.

It is therefore ORDERED that Case No. 6:19-CV-00179-ADA be consolidated with Case No. 6:21-cv-000114-ADA for all purposes including trial. The former shall be the lead case. The Parties are further ORDERED to submit a proposed schedule for the consolidated case within 14 days of the resolution of the appellate proceedings related to Case No. 6:19-CV-00179-ADA.

Dated: April 25, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ALAN D ALBRIGHT
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE